### KEGWIN v. CAMPBELL ET AL.

The verdict must answer the issue or it will be good cause of arrest.

ACTION of trespass committed on land.    Plea — That Joseph Campbell, one of the defendants, was seized and possessed in fee of the land on which, etc.    This being traversed, the jury found that the defendant was not seized, etc.    On motion in arrest, because said verdict had not answered the issue, judgment was arrested and a repleader ordered.

### HOWARD v. LYON.

On a remonstrance to a return of auditors; that they have allowed articles charged since the date of the writ — the court will inquire of the auditors as to the fact.

RETURN of auditors.    Remonstrance against said return — That the auditors had allowed articles charged since the date of the writ.

The court allowed an inquiry to be made of the auditors as to the fact — because this was out of their commission. Finding the fact proved the return was set aside.